20-2818

Geng, MD

v.

UT Medical Group Inc.

JON P. McCALLA                              CHARMIANE G. CLAXTON