UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Judge Jon Phipps McCalla, United States District Judge

November 2, 2021

RE:   2:20-cv-2818-JPM
   **Lili Geng, M.D. v. UT Medical Group, Inc.**

**Dear Sir/Madam:**

A **VIDEO STATUS/MOTION HEARING** before **Judge Jon Phipps McCalla has been set for THURSDAY, DECEMBER 16, 2021 at 10:00 A.M. (CT).**

**The Conference will proceed by means of Zoom video conferencing. Zoom video invitations will be sent at least one day in advance of the conference.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Jeffrey Sample*,
   Case Manager to Judge Jon Phipps McCalla
   901-495-1243
   jeffrey_sample@tnwd.uscourts.gov